**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NAJEEBULLAH EMAN, | |
| Petitioner, | Case No. 2:26-cv-02799 (BRM) |
| v. | **ORDER** |
| LUIS SOTO, *et al.*, | |
| Respondents. | |

**THIS MATTER** is before the Court on Petitioner Najeebullah Eman's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 (ECF No. 14) and Motion to Expedite (ECF No. 11).

Respondents previously submitted an answer to Petitioner's Petition (ECF No. 9), and Petitioner replied (ECF No. 10). Respondents have failed to respond to Petitioner's allegation that due to diplomatic relations, his removal to Afghanistan cannot be effectuated.

Accordingly, and for good cause appearing,

**IT IS** on this 5th day of June 2026,

**ORDERED** that within five (5) days of the date of the entry of this Order, Respondents shall submit supplemental briefing, including an affidavit from an individual with personal knowledge of efforts to remove Petitioner, addressing the following:

(1) Whether the United States maintains diplomatic relations with Afghanistan, and if Petitioner can be removed to that country, and if not;

(2) Identify third countries for removal and describe the procedure and timeline for third country removal; and it is further

**ORDERED** that within three (3) days of receipt of Respondents' response, Petitioner may file a reply; and it is further

2

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the parties electronically.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**